SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: jholm@cc.cccounty.us

Attorneys for Defendants CONTRA COSTA COUNTY, SHERIFF WARREN RUPF, SHERIFF'S DEPUTY MATT FOLEY, and SHERIFF'S DEPUTY ERIK STEELE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLOUTHIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>Defendants. | No.  C 06 - 03893 MMC<br><br>STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE |

IT IS HEREBY STIPULATED, by and through counsel for all parties:

WHEREAS, due to scheduling problems of counsel for all parties, it is impracticable to complete necessary discovery and a productive mediation prior to the December 19, 2006 deadline, and

WHEREAS, the parties, by and with their counsel, do indeed desire to have a productive mediation, and

WHEREAS, Judge Richard Patsey (Ret.) of JAMS has agreed to serve as mediator and has agreed to be available to mediate on January 25, 2007,

//

//

STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE - - C 06  03893 MMC     1

The parties hereby agree that the mediation deadline should be extended to January 25, 2007, and hereby request that the court grant an extension of the deadline to mediate this matter to January 25, 2007.

DATED: December 7, 2006

SILVANO B. MARCHESI, County Counsel

By: *(signature)*
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY, MATT FOLEY and ERIK STEELE

DATED: December 7, 2006

LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES

By: *(signature)*
THOMAS G. MANNING
Attorneys for Defendant
MARGARET BLUSH

DATED: December 7, 2006

CASPER, MEADOWS & SCHWARTZ

By: *(signature)*
STANLEY J. CASPER
Attorneys for Plaintiffs

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED, the deadline for mediation is hereby extended from December 19, 2006 to January 25, 2007.

Dated: December 8, 2006

*(signature)*
MAXINE C. CHESNEY
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE - - C 06 03893 MMC       2