```
 1  SILVANO B. MARCHESI (SBN 42965)
    County Counsel
 2  JANET L. HOLMES (SBN 107639)
    Deputy County Counsel
 3  COUNTY OF CONTRA COSTA
    651 Pine Street, 9th Floor
 4  Martinez, California 94553
    Telephone: (925) 335-1800
 5  Facsimile:  (925) 335-1866
    Electronic mail: jholm@cc.cccounty.us
 6  Attorneys for Defendants CONTRA COSTA COUNTY,
    SHERIFF WARREN RUPF, SHERIFF'S DEPUTY MATT FOLEY,
 7  and SHERIFF'S DEPUTY ERIK STEELE

 8  STAN CASPER
    THOM SEATON
 9  Casper, Meadows, Schwartz & Cook
    2121 N. California Boulevard, Suite 1020
10  Walnut Creek, CA 945496
    Telephone: 925.947.1147 / Facsimile: 925.9471131
11  Electronic mail: casper@cmslaw.com
    For plaintiffs GREGORY CLOUTHIER AND ANN CLOUTHIER
12
    THOMAS MANNING
13  LaFollette Johnson et al.
    655 University Ave #119
14  Sacramento, CA 95825
    Telephone: 916.563.3100 / Facsimile: 916.565.3704
15  Electronic mail: tmanning@ljdfa.com
    For defendant MARGARET BLUSH
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLOUTHIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>Defendants. | No.  C 06 - 03893 MMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR COMPLETION OF NON-EXPERT DISCOVERY |

WHEREAS, the Court's September 28, 2006 Pretrial Preparation Order sets the Non-Expert Discovery Cutoff as April 13, 2007, and

---

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF NON-EXPERT DISCOVERY - C 06  03893 MMC                                                                           1

1  WHEREAS, counsel for all parties agree and hereby stipulate that additional time is
2  required to complete non-expert discovery in that an additional witness was recently
3  discovered and disclosed,
4  IT IS HEREBY STIPULATED AND AGREED that the Non-Expert Discovery Cutoff
5  should be extended up to and including June 1, 2007.

7  DATED: April 18, 2007    SILVANO B. MARCHESI, County Counsel

9  By: _____
     JANET L. HOLMES
10   Deputy County Counsel
     Attorneys for Defendants
11   CONTRA COSTA COUNTY,
     SHERIFF WARREN RUPF,
12   SHERIFF'S DEPUTY MATT
     FOLEY, and SHERIFF'S DEPUTY
13   ERIK STEELE

15  Dated: 4.18.07    CASPER, MEADOWS, SCHWARTZ & COOK

17  By: _____
    for: STAN CASPER
18   Attorney for Plaintiffs
     GREGORY and ANN CLOUTHIER

20  Dated: _____    LAFOLLETTE, JOHNSON, et al.

22  By: _____
     THOMAS MANNING
23   Attorney for Defendant
     MARGARET BLUSH

25  //
26  //
27  //
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF
NON-EXPERT DISCOVERY - C 06 03893 MMC                                            2

1  WHEREAS, counsel for all parties agree and hereby stipulate that additional time is
2  required to complete non-expert discovery in that an additional witness was recently
3  discovered and disclosed,
4  IT IS HEREBY STIPULATED AND AGREED that the Non-Expert Discovery Cutoff
5  should be extended up to and including June 1, 2007.

7  DATED: April 18, 2007                SILVANO B. MARCHESI, County Counsel

9                                       By: _____
10                                          JANET L. HOLMES
                                            Deputy County Counsel
11                                          Attorneys for Defendants
                                            CONTRA COSTA COUNTY,
12                                          SHERIFF WARREN RUPF,
                                            SHERIFF'S DEPUTY MATT
13                                          FOLEY, and SHERIFF'S DEPUTY
                                            ERIK STEELE

15  Dated: _____       CASPER, MEADOWS, SCHWARTZ &
                                         COOK

17                                       By: _____
                                            STAN CASPER
18                                          Attorney for Plaintiffs
                                            GREGORY and ANN CLOUTHIER

20  Dated: _____       LAFOLLETTE, JOHNSON, et al.

22                                       By: _____
                                            THOMAS MANNING
23                                          Attorney for Defendant
                                            MARGARET BLUSH

25  //
26  //
27  //

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF
NON-EXPERT DISCOVERY - C 06 03893 MMC                                              2

ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF

Good cause appearing therefore, IT IS HEREBY ORDERED that the Non-Expert Discovery Cutoff is extending up to and including June 1, 2007.

Dated: May 3, 2007

_____
MAXINE M. CHESNEY
United States District Judge