SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: jholm@cc.cccounty.us
Attorneys for Defendants CONTRA COSTA COUNTY,
SHERIFF WARREN RUPF, SHERIFF'S DEPUTY MATT FOLEY,
and SHERIFF'S DEPUTY ERIK STEELE

STAN CASPER
THOM SEATON
Casper, Meadows, Schwartz & Cook
2121 N. California Boulevard, Suite 1020
Walnut Creek, CA 945496
Telephone: 925.947.1147 / Facsimile: 925.9471131
Electronic mail: casper@cmslaw.com
For plaintiffs GREGORY CLOUTHIER AND ANN CLOUTHIER

THOMAS MANNING
Law Office of Thomas Manning
6297 Silver Ridge Lane
Placerville, CA 95667
Telephone: 916.802.7173 / Facsimile: 530.644.6233
tom_manning@hughes.net
For defendant MARGARET BLUSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLOUTHIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>Defendants. | No.   C 06 - 03893 MMC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DISCLOSURES UNDER RULE 26(a)(2)(B) |

WHEREAS, the Court's September 28, 2006 Pretrial Preparation Order sets May 4, 2007 as the deadline for disclosure of experts pursuant to Rule 26(a)(2)(B), and

1  WHEREAS, counsel for all parties agreed on May 3, 2007 and hereby stipulate that
2  additional time would be required to prepare such expert witness disclosures and that exhibits
3  should not be produced with the disclosures,
4  IT IS HEREBY STIPULATED AND AGREED AND REQUESTED THAT THE
5  COURT ORDER that the deadline for expert disclosures under Rule 26(a)(2)(B) be extended
6  from May 4, 2007 up to and including May 11, 2007, and exhibits need not be included in the
7  expert witness disclosures.

8  DATED: ~~April 18, 2007~~ JLH
9  May 23, 2007

SILVANO B. MARCHESI, County Counsel

By: _____
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY,
SHERIFF WARREN RUPF,
SHERIFF'S DEPUTY MATT
FOLEY, and SHERIFF'S DEPUTY
ERIK STEELE

16  Dated: May 23, 2007

CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
STAN CASPER
Attorney for Plaintiffs
GREGORY and ANN CLOUTHIER

21  Dated: 5-23-07

LAW OFFICES OF THOMAS MANNING

By: _____
THOMAS MANNING
Attorney for Defendant
MARGARET BLUSH

27  //
28  //

ORDER EXTENDING TIME FOR RULE 26(a)(2)(B) DISCLOSURES

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for exchange of expert witness disclosures under Federal Rule of Civil Procedure 26(a)(2)(B) is extended from May 4, 2007 until May 11, 2007. Exhibits need not be included with expert disclosures.

Dated: May 25, 2007

MAXINE M. CHESNEY
United States District Judge