1  SILVANO B. MARCHESI (SBN 42965)
County Counsel
2  JANET L. HOLMES (SBN 107639)
Deputy County Counsel
3  COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
4  Martinez, California 94553
Telephone:  (925) 335-1800
5  Facsimile:   (925) 335-1866
Electronic mail: jholm@cc.cccounty.us
6
Attorneys for Defendants CONTRA COSTA COUNTY,
7  SHERIFF WARREN RUPF, SHERIFF'S DEPUTY MATT FOLEY,
and  SHERIFF'S DEPUTY ERIK STEELE
8

9  THOMAS MANNING (SBN 111809)
LAW OFFICES OF THOMAS G. MANNING
10  6297 Silver Ridge Lane
Placerville, CA 95667
11  Telephone:  916.802.7173
Electronic Mail:  tom_manning@hughes.net
12
Attorney for Defendant MARGARET BLUSH
13

14  Stan Casper
Casper, Meadows, Schwartz & Cook
15  2121 N. California Boulevard, Suite 1020
Walnut Creek, CA 945496
16  Telephone: 925.947.1147 / Facsimile: 925.9471131
Electronic mail: casper@cmslaw.com
17  For plaintiffs GREGORY CLOUTHIER AND ANN CLOUTHIER

18
UNITED STATES DISTRICT COURT
19
NORTHERN DISTRICT OF CALIFORNIA
20

21

22  | | |
|---|---|
| GREGORY CLOUTHIER, et al., | No.   C 06 - 03893 MMC |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF CONTRA COSTA, et al., | |
| Defendants. | |

WHEREAS, the Court-ordered deadline for filing of dispositive motions is set for June 22, 2007, and counsel for all defendants intend to file motions for summary judgment on that date; and

WHEREAS, counsel for all parties have agreed to request a hearing date of August 3, 2007, or as soon thereafter as the court's calendar permits; and

WHEREAS, a Case Management Conference is currently set for June 22, 2007 at 10:30 a.m.;

For the convenience of the Court and all counsel, counsel for all parties hereby stipulate and agree to request that the Case Management Conference be CONTINUED to the date to be set for the hearing on the motions for summary judgment.

Dated: _____
    JANET L. HOLMES, Deputy County Counsel
    Attorney for Defendants CONTRA COSTA COUNTY,
    SHERIFF WARREN RUPF, SHERIFF'S DEPUTY MATT
    FOLEY, and  SHERIFF'S DEPUTY ERIK STEELE

Dated: _____
    STAN CASPER
    Attorney for Plaintiffs GREGORY and ANN CLOUTHIER

Dated: _____
    THOMAS MANNING
    Attorney for Defendant MARGARET BLUSH

ORDER

GOOD CAUSE APPEARING THEREFOR IT IS HEREBY ORDERED:

The Case Management Conference currently set for June 22, 2007 is CONTINUED to August 3, 2007 at 10:30 a.m. ~~or such other time as the hearing on Defendants' motions for summary judgment are heard~~.

Dated: June __13__, 2007

_____
UNITED STATES DISTRICT COURT JUDGE