IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLOUTHIER, et al., | No. C-06-3893 MMC |
| Plaintiffs, | **ORDER DENYING STIPULATION RE: PLAINTIFFS' OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| COUNTY OF CONTRA COSTA, et al., | |
| Defendants. | |
| _____ / | |

Before the Court is the parties' stipulation, filed June 28, 2007, proposing that plaintiffs be permitted to file a single 60-page memorandum in opposition to defendants' motions for summary judgment. Although defendants, on June 22, 2007, filed five motions for summary judgment – a separate motion on behalf of each defendant – the memoranda in support of those motions contain a great deal of duplicative material. Indeed, the total number of pages of non-duplicative material filed in support of the five motions does not exceed 30 pages.[1] Consequently, plaintiffs have not demonstrated a need to file an

---

[1] As four defendants are represented by one set of counsel, and the fifth defendant is represented by separate counsel, the Court finds the filing of a total of 30 pages of briefing is not in violation of Civil Local Rule 7-2(b), which provides that a motion not exceed 25 pages in length. See Civil L.R. 7-2(b). In light of the amount of duplicative briefing, however, it would have been preferable if the four defendants who share the same counsel had filed a single motion for summary judgment of no more than 25 pages in length.

opposition memorandum of 60 pages in length.

Accordingly, the parties' stipulation is hereby DENIED, and plaintiffs shall file a single opposition of no more than 30 pages in length to defendants' motions for summary judgment.

**IT IS SO ORDERED.**

Dated: July 2, 2007

MAXINE M. CHESNEY
United States District Judge