Stan Casper (State Bar No. 56705)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLOUTHIER and ANN CLOUTHIER, individually and on behalf of the ESTATE OF ROBERT JOHN CLOUTHIER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>Defendants. | Case No. C06-03893 MMC<br><br>**STIPULATION AND ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Date: March 26, 2010<br>Time: 10:30 a.m.<br>Courtroom 7<br>Judge: Hon. Maxine Chesney |

On February 26, 2010, the parties herein were notified of the Case Management Conference before the Hon. Maxine Chesney to be held on March 26, 2010. Plaintiffs' attorney, Stan Casper, has a previous commitment in Orlando, Florida, from March 24 through March 25 to attend the Attorneys Information Exchange Group Annual Conference (AIEG).

Defense counsel, Janet Holmes, has been contacted regarding this scheduling conflict for Mr. Casper, and has no objection to rescheduling.

Both attorneys are available to attend a rescheduled Case Management Conference on any day from March 30 through April 2, 2010. Accordingly, the parties hereby stipulate to rescheduling the March 26, 2010 Case Management Conference

///

///

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Clouthier v. County Of Contra Costa, et al* No. C06-03893 MMC
Stipulation Re Rescheduling of Case Management Conference

Page 1

1 | to a date convenient to the Court and parties.

3 | Dated: March 1, 2010

Stan Casper
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs

6 | Dated: March 1, 2010

Janet L. Holmes
Attorneys for Defendants County of Contra Costa, Sheriff Warren Rupf, and Sheriff's Deputies Matt Foley and Erik Steele

## ORDER

GOOD CAUSE APPEARING, it is so ordered. Specifically, the Case Management Conference is continued from March 26, 2010 to April 2, 2010. A Joint Case Management Statement shall be filed no later than March 26, 2010.

Dated March 3, 2010

Hon. Maxine Chesney
U.S. District Judge

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Clouthier v. County Of Contra Costa, et al* No. C06-03893 MMC
Stipulation Re Rescheduling of Case Management Conference

Page 2