IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLOUTHIER and ANN CLOUTHIER, individually and on behalf of the ESTATE OF ROBERT JOHN CLOUTHIER,<br><br>Plaintiffs,<br><br>v.<br><br>MARGARET BLUSH,<br><br>Defendant.<br>_____/ | No. C-06-3893 MMC<br><br>**ORDER DENYING STIPULATED REQUEST TO EXTEND FILING DATE FOR MOTIONS IN LIMINE** |

Before the Court is the parties' stipulation to extend the filing deadline for motions in limine from November 12, 2010 to November 23, 2010. (See Amended Pretrial Preparation Order, filed April 5, 2010.)

The Pretrial Conference in this matter is set for November 30, 2010, and, in light of the Thanksgiving holiday, the proposed extension would afford the Court only two court days to consider the motions prior to the hearing thereon. Moreover, the stipulation allows no time for the filing of oppositions. Lastly, the parties' brief reference to their "respective schedules" (see Stipulation at 1:17) does not provide good cause for the relief requested.

Accordingly the stipulated request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 10, 2010

MAXINE M. CHESNEY
United States District Judge