```
SHARON L. ANDERSON (SBN 94814)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: jholm@cc.cccounty.us

Attorney for Defendant
MARGARET BLUSH


STAN CASPER (SBN 56705)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Boulevard, Suite 1020
Walnut Creek, CA 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorney for Plaintiffs
GREGORY and ANN CLOUTHIER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLOUTHIER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MARGARET BLUSH,<br><br>    Defendants. | No.  C 06 - 03893 MMC<br><br>NOTICE OF PENDING SETTLEMENT AND REQUEST FOR COMPLIANCE DEADLINE FOR DISMISSAL OF CASE and [PROPOSED]~~ ORDER; SETTING CASE MANAGEMENT CONFERENCE<br><br>Pretrial Conference: November 30, 2010<br>Time:  3:00 p.m.<br>Hon. Maxine Chesney<br>Courtroom: 7<br><br>Trial Date: December 6, 2010 |

ALL PARTIES IN THE ABOVE-REFERENCED ACTION, by and through their respective counsel, are pleased to report that a settlement of the entire action has been reached,

---

NOTICE OF PENDING SETTLEMENT AND REQUEST FOR COMPLIANCE DEADLINE
FOR DISMISSAL OF CASE and [PROPOSED] ORDER
Case No. C 06  03893 MMC                              1

1  pending approval of the Board of Supervisors for County of Contra Costa. The proposed
2  settlement will be considered by the Board of Supervisors on the first available date,
3  December 7, 2010. If the proposed settlement is approved December 7, 2010, counsel expect
4  that the case will dismissed within 30 days thereof.
5      The case is set for trial December 6, 2010, and all counsel hereby request that the trial
6  be taken off calendar at this time.

DATE: November 22, 2010

CASPER, MEADOWS, SCHWARTZ & COOK

_____
STAN CASPER
Attorneys for Plaintiffs

DATE: November 22, 2010

SHARON L. ANDERSON, County Counsel

By: _____
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendant
MARGARET BLUSH

ORDER

Good cause appearing therefore, with a proposed settlement to be considered by the Board of Supervisors on December 7, 2010, the trial in the above-referenced matter set for December 6, 2010 is taken off calendar. Parties are to file a Request for Dismissal no later than December 22, 2010. A Case Management Conference is hereby set for January 14, 2011, at 10:30 a.m. Parties shall submit a joint case management statement on or before January 7, 2011.

Dated: November 23 2010

_____
MAXINE M. CHESNEY, JUDGE
UNITED STATES DISTRICT COURT

NOTICE OF PENDING SETTLEMENT AND REQUEST FOR COMPLIANCE DEADLINE FOR DISMISSAL OF CASE and [PROPOSED] ORDER
Case No. C 06 03893 MMC

2