Stan Casper (State Bar No. 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile:  (925) 947-1131
casper@cmslaw.com
Attorneys for Plaintiffs

SHARON L. ANDERSON (SBN 94814)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800 / Facsimile:   (925) 335-1866
Electronic mail: jholm@cc.cccounty.us
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLOUTHIER, individually and on behalf of the ESTATE OF ROBERT JOHN CLOUTHIER; ANN CLOUTHIER, individually and on behalf of the ESTATE OF ROBERT JOHN CLOUTHIER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>Defendants. | No.  C 06 - 03893 MMC<br><br>STIPULATION AND ORDER OF DISMISSAL |

TO THE HONORABLE MAXINE CHESNEY OF THE UNITED STATES DISTRICT

COURT, NORTHERN DISTRICT OF CALIFORNIA:

All parties hereto, by and through their respective counsel of record, stipulate and agree

STIPULATION AND ORDER OF DISMISSAL - C 06  03893 MMC                                                                                    1

that the above-referenced action may be dismissed with prejudice.

DATE: December 10, 2010

_____
Stan Casper
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs

DATE: December 22, 2010

SHARON L. ANDERSON
COUNTY COUNSEL

_____
Janet L Holmes
Deputy County Counsel
Attorney for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THE ABOVE-REFERENCED ACTION IS DISMISSED WITH PREJUDICE.

DATE: December 27, 2010

_____
HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT